IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN S. WILLIAMS, )
)
    Plaintiff, ) No. C 10-1626 CRB (PR)
)
  v. ) ORDER OF DISMISSAL
)
CALIFORNIA DEPARTMENT OF )
CORRECTIONS AND )
REHABILITATION, )
)
    Defendant(s). )
_____ )

    This civil action by a prisoner was filed on April 15, 2010. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: June 2, 2010               _____
                                                    CHARLES R. BREYER
                                                   United States District Judge